MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7050
   Facsimile: (415) 436-7234
   E-Mail: janaki.gandhi@usdoj.gov

Attorneys for the United States of America

**FILED**
SEP 1 6 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>          v.  )<br>ANTONIO DIAZ SANCHEZ,  )<br>       Defendant.  ) | No. CR 13-0498 JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

     The parties in this case appeared before the Court on September 13, 2013. At that time, defense counsel represented that additional time would be required to review discovery provided by the government and reach a possible resolution in the case with the government. As a result, the Court set the matter to October 4, 2013. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

     The parties have agreed to exclude the period of time between September 13, 2013, and October 4, 2013, from any time limits applicable under 18 U.S.C. § 3161. The parties agreed that granting the exclusion would maintain continuity of counsel and allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such an exclusion of time outweigh the

| | |
|---|---|
| 1 | best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At |
| 2 | the hearing, the Court made findings consistent with this agreement. |
| 3 | SO STIPULATED: |

                                                MELINDA HAAG
                                                United States Attorney

DATED: September 13, 2013                  /s/
                                                JANAKI GANDHI
                                                Special Assistant United States Attorney

DATED: September 13, 2013                  /s/
                                                STEVEN KALAR
                                                Attorney for Defendant Antonio Diaz Sanchez

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0498 JST

[~~PROPOSED~~] ORDER

For the reasons stated above and at the September 13, 2013, hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 13, 2013, to October 4, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/16/13

_____
THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 13-0498 JST