MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: janaki.gandhi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-0498 JST |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| ANTONIO DIAZ SANCHEZ, ) | |
|     Defendant. ) | |

    The parties in this case appeared before the Court on September 13, 2013. At that time, defense counsel represented that additional time would be required to review discovery provided by the government and reach a possible resolution in the case with the government. As a result, the Court set the matter to October 4, 2013. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

    The parties have agreed to exclude the period of time between September 13, 2013, and October 4, 2013, from any time limits applicable under 18 U.S.C. § 3161. The parties agreed that granting the exclusion would maintain continuity of counsel and allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such an exclusion of time outweigh the

1  best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At
2  the hearing, the Court made findings consistent with this agreement.
3        SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

7  DATED: September 13, 2013                /s/
                                       JANAKI GANDHI
8                                         Special Assistant United States Attorney

10  DATED: September 13, 2013              /s/
                                       STEVEN KALAR
11                                         Attorney for Defendant Antonio Diaz Sanchez

1  [PROPOSED] ORDER

2     For the reasons stated above and at the September 13, 2013, hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 13, 2013, to October 4, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: October 8, 2013

_____
THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0498 JST